Joseph S. VAUGHT, Respondent,

v.

Bill G. WAGNER, Sr., Appellant.

No. WD 63534.

Missouri Court of Appeals,
Western District.

Oct. 5, 2004.

Rehearing Denied Nov. 23, 2004.

Bill G. Wagner, Sr., pro se.

Donald A. Horowitz, St. Louis, MO, for respondent.

---

Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

*Order*

PER CURIAM.

Bill Wagner Sr. appeals the denial of his motion to set aside a default judgment entered in November 2002.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).